UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CRAIG BECKER,

    Plaintiff,

v.                                           Case No.: 3:21-cv-00720-MCR-HTC

ENTERPRISE PIZZA PARTNERS, LLC,

    Defendant.
_____/

**UNOPPOSED MOTION FOR 20-DAY EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

COMES NOW the Defendant, Enterprise Pizza Partners, LLC, by and through undersigned counsel, and pursuant to Rules 6.1 and 7.1, Local Rules for the United States District Court for the Northern District of Florida, to request an extension of 20 days from today, that is, until July 6, 2021, to file a responsive pleading to Plaintiff's complaint. In support, Defendant states:

1.    On April 27, 2021, Plaintiff filed a lawsuit alleging one count of violation of the Florida Civil Rights Act and one count of violation of the Americans With Disabilities Act. [*See generally* ECF No. 1].

2.    On June 10, 2021, Plaintiff filed an Affidavit of Service stating that service was made on May 13, 2021. [ECF No. 7].

1

3. Undersigned counsel was subsequently retained and entered their Notices of Appearance on June 15, 2021. [ECF Nos. 8, 9].

4. That same day, Defendant's counsel contacted Plaintiff's counsel to request an extension of 20 days, that is, until July 6, 2021, to file a responsive pleading to Plaintiff's complaint.

5. Plaintiff's counsel does not oppose the relief requested.

6. The purpose of this extension would be to allow recently-retained counsel to review the record and become acquainted with the matter. This extension is not being done to delay the proceedings and will not prejudice the opposing party.

Accordingly, Defendant requests that the Court grant this extension and provide Defendant until July 6, 2021, to file a response responsive pleading to Plaintiff's complaint.

*/s/ Matthew P. Massey*
JOHN H. ADAMS
Florida Bar No. 13208
MATTHEW P. MASSEY
Florida Bar No. 1008337
Beggs & Lane, RLLP
501 Commendencia Street
Pensacola, Florida 32502
Telephone: (850) 432-2451
Facsimile:  (850) 469-3331
jha@beggslane.com
mpm@beggslane.com
*Attorneys for Defendant*

## CERTIFICATE OF CONFERENCE

In accordance with N.D. Fla. Loc. R. 7.1(B), undersigned counsel contacted the opposing party to attempt to resolve the matter raised herein through a conference. Plaintiff's counsel confirmed via email that she does not oppose the relief requested.

## CERTIFICATE OF COMPLIANCE WITH WORD LIMIT REQUIREMENT OF LOCAL RULE 7.1(F)

Pursuant to Local Rule 7.1(F), the undersigned certifies that this motion contains 257 words including headings, footnotes, and quotations, but not including the case style, signature block, or any certificate of service.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 15, 2021, a true and correct copy of the foregoing has been furnished electronically by the CM/ECF system to:

Marcy I. LaHart
Marcy I. LaHart, P.A.
249 SE Tuscawilla Road
Micanopy, FL 32667
marcy@floridaanimallawyer.com
*Attorney for Plaintiff*

                                                   */s/ Matthew P. Massey*
                                                   MATTHEW P. MASSEY